[No. 45119-1-II.   Division Two.   January 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYNARD SANTOS CHARGUALAF, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00396-5, Amber L. Finlay, J., entered June 28, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Melnick and Sutton, JJ.

[No. 45132-8-II.   Division Two.   January 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID TALYNN PECK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01633-0, Suzan L. Clark, J., entered July 17, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 45277-4-II.   Division Two.   January 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL THATER CASTRO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-00287-8, Daniel L. Stahnke, J., entered August 26, 2013. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 45443-2-II.   Division Two.   January 13, 2015.]

THE CITY OF VANCOUVER, *Respondent*, v. BRINESH PRASAD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-00133-1, John F. Nichols, J., entered September 5, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Sutton, J.